IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDUARDO AGUILAR<br>a/k/a Eduardo Aguilar Maldonado | NO. 3:25CR-503-N |

# INDICTMENT

The Grand Jury charges:

### Count One
### Transmitting a Threatening Communication in Interstate Commerce
### [Violation of 18 U.S.C. § 875(c)]

On or about October 9, 2025, in the Northern District of Texas and elsewhere, the defendant, **Eduardo Aguilar, a/k/a Eduardo Aguilar Maldonado**, knowingly transmitted in interstate and foreign commerce a communication via the social media platform TikTok containing threats to injure the person of another, for the purpose of issuing threats, with knowledge that the communications would be viewed as threats, and with conscious disregard of a substantial risk that the communications would be viewed as a threat, namely, **Aguilar** offered to pay "10K" in exchange for each Immigration and Customs Enforcement (ICE) agent killed.

All in violation of 18 U.S.C. § 875(c).

## Count Two
Possession of a Firearm by an Illegal Alien
(Violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8))

On or about October 14, 2025, in the Dallas Division of the Northern District of Texas, the defendant, **Eduardo Aguilar, a/k/a Eduardo Aguilar Maldonado**, knowing he was then an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Colt, Model Government Model, 38 Super Caliber Pistol, bearing Serial Number GV233716.

In violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8).

## Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count Two of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Eduardo Aguilar, a/k/a Eduardo Aguilar Maldonado**, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to, the following:

1. a Colt, Model Government Model, 38 Super Caliber Pistol, bearing Serial Number GV233716; and

2. any ammunition and magazines recovered with the above-referenced firearm.

A TRUE BILL

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8600
Facsimile: (214) 659-8800
Email: nicole.dana@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

EDUARDO AGUILAR

INDICTMENT

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
(Count 1)

18 U.S.C. §§ 922(g)(5) and 924(a)(8)
Possession of a Firearm by an Illegal Alien
(Count 2)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

-----------------------------------------------------------------
DALLAS                                                 FOREPERSON

Filed in open court this __4__ day of November, 2025.

-----------------------------------------------------------------
**Defendant in Federal Custody since 10/14/2025**
-----------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:25-MJ-1020-BT